Jack Silver, Esq. SB #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL M. GHOLAMI, dba ARCO AM-PM MINI MART and DOES 1-10, Inclusive,<br><br>             Defendants. | CASE NO.  C06 04164 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL [FRCP § 41(a)]** |

NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a), Plaintiff NORTHERN CALIFORNIA RIVER WATCH hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: October 5, 2006

/s/ Jack Silver
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

10/10/07

IT IS SO ORDERED
Judge Marilyn H. Patel

C06-04164 MHP
Notice of Voluntary Dismissal [FRCP § 41(a)]